UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, Plaintiff

vs.

1) Jose Luis Vargas
2) Jose Andres Zamora-Avila
3) David Earl Mitchell
Defendant(s)

CRIMINAL NO. 08mj1065

ORDER

RELEASING MATERIAL WITNESS

Booking No.

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Hilario Villa-Salinas

DATED: 4/17/08

RUBEN B. BROOKS

UNITED STATES DISTRICT/MAGISTRATE JUDGE

2008 APR 18 A 11:15

RECEIVED ______________ DUSM

OR

W. SAMUEL HAMRICK, JR. Clerk

by ______________ Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

★ U.S. GPO: 2003-581-774/70082