UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff<br><br>vs.<br><br>Jose Luis Vargas et al.,<br>Defendant(s) | 08 CR 1317-JLS<br>CRIMINAL NO. 08 MJ 1065<br>ORDER<br>RELEASING MATERIAL WITNESS<br><br>Booking No. |

On order of the United States ~~District~~/Magistrate Judge, Ruben B. Brooks

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Francisco Javier De La Cruz-Hernandez

DATED: 4/24/08

2008 APR 24 P

Ruben B. Brooks

UNITED STATES DISTRICT/MAGISTRATE JUDGE

**RECEIVED** ____________
**DUSM**

**OR**

**W. SAMUEL HAMRICK, JR. Clerk**

**by**

**Deputy Clerk**

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

✩ U.S. GPO: 2003-581-774/70082