UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, Plaintiff

vs.

Jose Luis Vargas et al, Defendant(s)

08 CR 1317-JLS

CRIMINAL NO. 08 MJ 1065

ORDER

RELEASING MATERIAL WITNESS

Booking No.

On order of the United States ~~District~~/Magistrate Judge, Ruben B. Brooks

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Dagoberto Martes-Santamaria

DATED: 4/24/08

2008 APR 24 P 1:06

Ruben B. Brooks

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED ______________ DUSM

OR

W. SAMUEL HAMRICK, JR. Clerk

by

Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

✩ U.S. GPO: 2003-581-774/70082